# EXHIBIT A
## COURT'S INTERROGATORIES TO INDIVIDUAL PLAINTIFF

8:18-cv-2797 VMC-AEP
Kennedy v. MAINSTREAM PARTNERS VII, LLC
SIESTA INN

1. Plaintiff Residence address.

   Patricia Kennedy
   9205 NW 80th Street
   Tamarac, FL 33321

   and

   6720 S. Florida Ave. Apt 1211
   Lakeland, FL 33813

2. Name of current employer and place of employment.

   Mental Health Association of SE Florida
   9 Muses Art Center
   7139 West Oakland Park Blvd.
   Lauderhill, Fl 3313

3. Date(s) and time(s) that you visited the subject property.

   On or about September 26, 2018 I visited the subject property's website.

4. Purpose of your visit and duration of stay?

   To ascertain whether the website complies with the law.

5. Did anyone accompany you? If so, who?

   Daniel Pezza
   1710 N. 40th Ave.
   Hollywood, FL 33021

6. Describe the nature of your disability.

    **Mobility impaired due to spinal injury.**

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

**When I went to the hotel website to book a reservation at:**

www.siestainnmotel.com;

https://www.booking.com/hotel/us/siesta-inn-saint-petersburg.html

https://www.expedia.com/St-Petersburg-Clearwater-Hotels-Siesta-Inn.h19446394.Hotel-Information

https://www.hotels.com/ho623284608/siesta-inn-st-petersburg-united-states-of-america/

https://www.orbitz.com/St-Petersburg-Clearwater-Hotels-Siesta-Motel.h15420257.Hotel- Information

**The online reservation system for the hotel on none of these sites identifed nor described accessible features in the hotel or its guest rooms in enough detail to reasonably permit me, a person with a disability, to assess independently whether it or any guest room meets my accessibility needs. The websites do not identify accessible features of the property such as accessible lobby restrooms, pool lifts, or other accessible features in its guest amenities. Nor do the websites provide any information pertaining to its accessible guest rooms, including but not limited to whether the guest rooms had accessible commodes, sinks, grab bars, bathing and restroom features, controls with operating mechanisms that did not require tight grasping or twisting, maneuverability, and other features required to be accessible. Nor do any of the websites provide for a reservation of accessible guest room(s).**

8. Did you take notes or make a contemporaneous record of these barriers? If so, attach a copy to these Answers.

**See attached Exhibit B - screenshots.**

9. What notices of deficiencies or other efforts to resolve your complaints were made before filing suit?

**None**

10. Please list any other Title III cases in which you have been a party in this District.

**See attached Exhibit C**

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

11-30-2018
Date

Patricia Kennedy